IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA D. COUCH,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GLAXO-SMITH-KLINE HEALTH &<br>WELL BEING BENEFIT PLAN; et al,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-05-1158 LJO<br>**(New case number)**<br><br>**ORDER TO SIGN AND RETURN<br>MAGISTRATE JUDGE CONSENT FORM** |

　　　　The parties' counsel indicated they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. Accordingly, this Court ORDERS the parties' counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ( "consent form"), which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm. This Court further ORDERS the parties' counsel, no later than January 27, 2006, to sign and date the consent form and then file the consent form with this Court.  Counsel for Kaweah Delta Health Care District has already signed and returned the consent form.

　　　　**All further papers shall bear the new case number CV F 05-1158 LJO.**

IT IS SO ORDERED.

**Dated:   January 3, 2006** 　　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE