IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA D. COUCH,<br><br>              Plaintiff,<br>    vs.<br><br>GLAXO-SMITH-KLINE HEALTH &<br>WELL BEING BENEFIT PLAN; et al,<br><br>              Defendants.<br>_____/ | CASE NO. CV-F-05-1158 AWI LJO<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This Court conducted a preliminary scheduling conference on December 12, 2005 in Department 6 (LJO). Plaintiff Laura D. Couch appeared by telephone by counsel Gary L. Tysch. Defendant Glaxo-Smith-Line Health & Well-Being Plan appeared by telephone by counsel Kay Kyungsun Yu. Defendant Kaweah Delta Health Care District Employees Health and Welfare Plan appeared by counsel Roger K. Stewart.

This action involves claims for health, hospitalization and major medical benefits against two independent health benefit plans established by two employers. After discussion with counsel, this Court:

1. SETS March 10, 2006 for filing cross motions for summary judgment/partial summary judgment.

2. SETS March 31, 2006 for filing oppositions to the motions.

3. SETS April 14, 2006 for filing replies to the motions.

4. SETS the hearing on the motions for April 28, 2006 in Department 6 (LJO) of this Court;

1        5.       SETS a scheduling conference for December 13, 2006 at 8:30 a.m. in Department 6 of this Court. Counsel may appear at the conference by arranging a one line conference call and telephoning the Court at 559-498-7322. At least five Court days before the scheduling conference, the parties shall file a joint scheduling report which complies with the requirements of Exhibit A to the September 14, 2005 Order Setting Mandatory Scheduling Conference.

IT IS SO ORDERED.

**Dated:**  **January 3, 2006**            **/s/ Lawrence J. O'Neill**
b9ed48                                             UNITED STATES MAGISTRATE JUDGE