# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA D. COUCH,<br><br>        Plaintiffs,<br><br>   vs.<br><br>GLAXO-SMITH-KLINE HEALTH &<br>WELL BEING BENEFIT PLAN; et al,<br><br>        Defendants.<br>_____/ | CASE NO. CV-F-05-1158 AWI LJO<br><br>**ORDER TO PLAINTIFF RE**<br>**MAGISTRATE JUDGE CONSENT FORM**<br><br>Date: February 23, 2006<br>Time: 8:15 a.m.<br>Dept.: 8 (LJO) |

At the December 12, 2005 scheduling conference, the parties' counsel indicated they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. All counsel, except plaintiff's, have filed a signed Consent to Exercise of Jurisdiction by a United States Magistrate Judge ( "consent form"). Accordingly, this Court SETS a status conference re consent form for February 23, 2006 at 8:15 a.m. in Department 8 of this Court, at which time only plaintiff's counsel is required to appear. If counsel signs and files the magistrate judge consent form, or the form to decline Magistrate Judge jurisdiction, which may be obtained at the Court's website at http://207.41.18.73/caed/staticOther/page_947.htm, the conference will be automatically vacated.

IT IS SO ORDERED.

**Dated:   January 31, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                                UNITED STATES MAGISTRATE JUDGE