IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA D. COUCH,<br><br>  Plaintiff,<br><br>  vs.<br><br>GLAXO-SMITH-KLINE HEALTH &<br>WELL BEING BENEFIT PLAN; et al,<br><br>  Defendants.<br>_____/ | CASE NO. CV-F-05-1158 LJO<br><br>**ORDER TO SET STATUS CONFERENCE** |

On the basis of good cause, this Court SETS a status conference for **November 2, 2006 at 8:30** a.m. in Department 8 (LJO) to address the status of this case and whether the action may be dismissed. Counsel may appear at the conference by arranging a one line conference call and telephoning the Court at (559) 499-5680.

IT IS SO ORDERED.

**Dated:   October 16, 2006**          /s/ Lawrence J. O'Neill
b9ed48                    UNITED STATES MAGISTRATE JUDGE

1