IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA D. COUCH,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br><br>GLAXO-SMITH-KLINE HEALTH &<br>WELL BEING BENEFIT PLAN; et al,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-05-1158 LJO<br><br>**ORDER SETTING DISMISSAL<br>DEADLINE AND BRIEFING SCHEDULE** |

This Court conducted a status conference on January 10, 2007 in Department 8 (LJO). Plaintiff Laura D. Couch appeared by telephone by counsel Gary L. Tysch. Defendant Glaxo-Smith-Line Health & Well-Being Plan appeared by telephone by counsel Kay Kyungsun Yu. Defendant Kaweah Delta Health Care District Employees Health and Welfare Plan appeared by telephone by counsel Roger K. Stewart.

This action involves claims for health, hospitalization and major medical benefits against two independent health benefit plans established by two employers. The parties reported that they have resolved the major issues, except attorneys' fees. After discussion with counsel, this Court orders as follows:

　　1.　If the case is not dismissed by March 7, 2007, plaintiff is directed to file her motion for attorneys' fees no later than March 9, 2007.

　　2.　Any opposition to the motion shall be filed no later than March 23, 2007.

/////

1     3.     Any reply shall be filed no later than April 6, 2007.

2     4.     The hearing on the motion for attorneys' fees is SET for April 18, 2007 in Department

3     8 (LJO) of this Court.

IT IS SO ORDERED.

**Dated:**   **January 10, 2007**           **/s/ Lawrence J. O'Neill**
b9ed48                                           UNITED STATES MAGISTRATE JUDGE