GARY L. TYSCH, ESQ. #126389
E-mail: gltysch@nackell.net
LAW OFFICES OF GARY L. TYSCH
16255 Ventura Boulevard, Suite 205
Encino, California 91436-2300

(818) 995-9555 main
(818) 995-9550 facsimile

Attorneys for Plaintiff LAURA D. COUCH

**FILED**
APR 25 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1:05CV1158

| | |
|---|---|
| LAURA D. COUCH, <br><br> Plaintiff, <br><br> v. <br><br> GLAXO-SMITH-KLINE HEALTH & WELL-BEING BENEFIT PLAN; KAWEAH DELTA HEALTH CARE DISTRICT EMPLOYEES HEALTH & WELFARE PLAN and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: CV 01158-AWI-LJO <br><br> STIPULATION TO DISMISS |

TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

///
///
///
///
///
///
///
///

1

STIPULATION AND AGREEMENT REGARDING PRIORITY OF CLAIMS

IT IS HEREBY STIPULATED by and between LAURA D. COUCH and by GLAXO-SMITH-KLINE HEALTH & WELL-BEING BENEFIT PLAN and KAWEAH DELTA HEALTH CARE DISTRICT EMPLOYEES HEALTH & WELFARE PLAN through their respective counsel of record that the action herein be dismissed with prejudice, based upon a complete and final settlement of the entire action. Unless otherwise agreed, each party is to bear its own costs and attorneys' fees.

DATED: ~~March~~ April 6, 2007        LAW OFFICES OF GARY L. TYSCH

By: _____
GARY L. TYSCH
Attorneys for Plaintiff
LAURA D. COUCH

DATED: March __, 2007        PEPPER HAMILTON LLP

By: _____
KAY KYUNGSUN YU
Attorneys for Defendant
GLAXO-SMITH-KLINE HEALTH &
WELL-BEING PLAN

DATED: March __, 2007        ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM INC.

By: _____
ROGER K. STEWART
Attorneys for Defendant
KAWEAH DELTA HEALTH CARE
DISTRICT EMPLOYEES HEALTH
AND WELFARE PLAN

ORDER

Good cause appearing it is hereby ordered that this matter be dismissed with prejudice in its entirety.

Dated: _____

Honorable Judge Lawrence J. O'Neill

2
STIPULATION TO DISMISS

IT IS HEREBY STIPULATED by and between LAURA D. COUCH and by GLAXO-SMITH-KLINE HEALTH & WELL-BEING BENEFIT PLAN and KAWEAH DELTA HEALTH CARE DISTRICT EMPLOYEES HEALTH & WELFARE PLAN through their respective counsel of record that the action herein be dismissed with prejudice, based upon a complete and final settlement of the entire action. Unless otherwise agreed, each party is to bear its own costs and attorneys' fees.

DATED: March    , 2007    LAW OFFICES OF GARY L. TYSCH

By: _____
GARY L. TYSCH
Attorneys for Plaintiff
LAURA D. COUCH

DATED: March 29, 2007    PEPPER HAMILTON LLP

By: _____
KAY KYUNGSUN YU
Attorneys for Defendant
GLAXO-SMITH-KLINE HEALTH & WELL-BEING PLAN

DATED: April 20, 2007    ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM INC.

By: _____
ROGER K. STEWART
Attorneys for Defendant
KAWEAH DELTA HEALTH CARE DISTRICT EMPLOYEES HEALTH AND WELFARE PLAN

## ORDER

Good cause appearing it is hereby ordered that this matter be dismissed with prejudice in its entirety.

Dated: April 24, 2007

_____
Honorable Judge Lawrence J. O'Neill